```
DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROY E. PEREZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROY E. PEREZ,<br><br>　　　　　Defendant.<br>_____ | Mag. 08-292-GGH<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:　March 30, 2009<br>Time:　9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

　　　The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Roy E. Perez, hereby stipulate that the Judgment & Sentencing currently set for February 23, 2009, at 9:00 a.m., be continued to March 30, 2009, at 9:00 a.m.

　　　The following will be the new presentence report schedule:

　　　Presentence Report disclosed . . . . . . . . . . February 23, 2009

　　　Counsel's Written Objections to the Presentence
　　　Report Shall be Delivered to the Probation Officer
　　　and Opposing Counsel no Later Than   . . . . . . . . March 9, 2009

　　　The Presentence Report Shall be Filed with the
　　　Court and Disclosed to Counsel no Later Than . . . March 16, 2009

```
    Motion for Correction of the Presentence Report
    Shall be Filed with the Court and Served on the
    Probation Officer and Opposing Counsel no
    Later Than  . . . . . . . . . . . . . . . . . . . . . .   March 23, 2009
```

United States Probation Officer, Jeff Oestreicher, has no objection to the new scheduled dates.

Dated:   January 8, 2009                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/  M. Petrik
                                        _____
                                        MICHAEL PETRIK, JR.
                                        Staff Attorney
                                        Attorneys for Defendant
                                        ROY E. PEREZ


Dated: January 8, 2009                  LAWRENCE G. BROWN
                                        Acting United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: January 13, 2009
                                 /s/ Gregory G. Hollows
                           _____
                                 GREGORY G. HOLLOWS
                                 United States Magistrate Court

perez292.ord